# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TERRENCE RAYMONE WHITE,   )
                          )
    Petitioner,           )
                          )
v.                        )   Case No. CV416-025
                          )
STANLEY WILLIAM, Warden,  )
                          )
    Respondent.           )

## ORDER

Finding 28 U.S.C. § 2254 petitioner Terrence Raymone White's motion for leave to proceed *in forma pauperis* (doc. 3) deficient, the Court **DIRECTS** him to resubmit it. Doc. 3. White has placed "/" slash marks in response to every question that this Court's AO/240 IFP form presented to him. The Court is thus unable to determine whether he can afford the $5 filing fee required by 28 U.S.C. § 1914(a); *see also Stallworth v. Jones*, 2007 WL 2904146 at * 1 (S.D. Ala. Oct. 2, 2007) (noting prior finding that no undue economic hardship justified excusing § 2254 petitioner from paying that fee).

Within 21 days of the date this Order is served, White must resubmit a fully completed, AO/240 IFP form.[1] He must: (a) comply with the "certified" prison account directive found on question one[2]; (b) check "yes" or "no" on question 3; (c) supply an amount (including $0.00, if that is the truth) in response to question 4; and (d) fully answer questions 4-8. For example, if he owns no assets noted in question 5, he should write "None." A slash mark will not suffice.

The Attorney General's office is encouraged to direct the respondent warden to assist White in complying with this Order (supply a prison account statement).[3] White's failure to comply may result in an IFP denial and, upon his failure to pay the $5 fee, a recommendation of dismissal. *See Stallworth*, 2007 WL 2904146 at * 1.

---

[1] The Clerk is **DIRECTED** to furnish White with another form.

[2] It seeks disclosure of any prison savings/wages at the prison where the petitioner is incarcerated, if not also any prior prisons within the preceding six months:

> If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

Doc. 3 at 1.

[3] The Clerk is **DIRECTED** to E-Serve the Attorney General with a copy of this Order.

2

**SO ORDERED,** this  10th  day of February, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA